Robert SOLOMON, Petitioner,

v.

OFFICE OF COMPLIANCE,
Respondent,

and

Office of the Architect of the
Capitol, Respondent.

No. 04–6003.

United States Court of Appeals,
Federal Circuit.

April 14, 2005.

Before NEWMAN, CLEVENGER, and RADER, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36

A.B. CHANCE COMPANY, A DIVISON
OF HUBBELL POWER SYSTEMS,
INC., Plaintiff–Appellee.

v.

MARINE BULKHEADING, INC.,
Defendant/Third Party
Plaintiff–Appellant,

v.

Premium Technical Services Corp. And
Premium Technical Services LLC,
Third Party Defendants.

No. 04–1575.

United States Court of Appeals,
Federal Circuit.

April 14, 2005.

Before NEWMAN, LOURIE, and LINN, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED. See* Fed. Cir. R. 36